| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| HERBERT FEIST, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| versus | § | CIVIL ACTION NO. 1:16-CV-45 |
| BEAUMONT POLICE DEP'T, et al., | § § § | |
| Defendants. | § | |

**MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Herbert Feist, a prisoner confined at the Jefferson County Jail, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Beaumont Police Department, the Jefferson County Sheriff Department, and the Lamar University Police.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying plaintiff's motion for leave to proceed *in forma pauperis* and dismissing the action without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, plaintiff's objections (#7) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#4) is **ADOPTED**. Plaintiff's motion for leave to proceed *in forma pauperis* (#2) is **DENIED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**Signed this date.**

**Apr 29, 2016**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE